UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| VELMA SUE BATES, CLAUDIA BIRDYSHAW, WILLARENE FISHER, MARK LONG, JON TOUNGETT, CAROLYN WADE, and RICHARD WHITE,<br><br>Plaintiffs,<br><br>v.<br><br>DURA AUTOMOTIVE SYSTEMS, INC.,<br><br>Defendant. | Case No. 1:08-0029<br>Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, defendant Dura Automotive Systems, Inc's ("Dura's") Motion for Clarification by the Court of Two Issues in Its Memorandum Opinion on the Cross Motions for Summary Judgment, or, in the Alternative, Certification of an Interlocutory Appeal (Docket No. 81) is **GRANTED IN PART and DENIED IN PART**; that is, the court **CERTIFIES FOR INTERLOCUTORY APPEAL** the issue of whether the plaintiffs in this case must be "disabled," as that term is defined by the Americans with Disabilities Act (ADA), in order to have standing to pursue their claims under Section 12112(b)(6) of the ADA. This case is hereby **STAYED** pending any appeal and the resolution thereof. All pre-trial deadlines and the trial in this case are **CONTINUED** and will be reset, if appropriate, following the resolution of the interlocutory appeal.

It is so ordered.

Enter this 29th day of July 2009.

_____
ALETA A. TRAUGER
United States District Judge