# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | |
|---|---|
| VELMA SUE BATES, CLAUDIA BIRDYSHAW, WILLARENE FISHER, MARK LONG, JON TOUNGETT, CAROLYN WADE, and RICHARD WHITE, | |
| Plaintiffs, | Case No. 1:08-0029 |
| | Judge Trauger |
| v. | |
| DURA AUTOMOTIVE SYSTEMS, INC., | |
| Defendant. | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Plaintiffs' Motion to Reconsider the Issue of Improper Medical Inquiry (Docket No. 91) is **GRANTED**. Along with plaintiff Fisher's disability discrimination claims, all plaintiffs may assert Section 12112(d)(4)(A) claims at trial. Consistent with the Sixth Circuit's directive, the claims of the non-disabled plaintiffs under Section 12112(b)(6) of the ADA are **DISMISSED**.

There will be a status conference in this case on January 13, 2011 at 1:30 p.m. to discuss pre-trial and trial scheduling.

It is so ordered.

Enter this 15th day of December 2010.

ALETA A. TRAUGER
United States District Judge