IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| VELMA SUE BATES, CLAUDIA BIRDYSHAW, WILLARENE FISHER, MARK LONG, JON TOUNGETT, CAROLYN WADE, and RICHARD WHITE, <br><br> Plaintiffs, <br><br> v. <br><br> DURA AUTOMOTIVE SYSTEMS, INC., <br><br> Defendant. | Case No. 1:08-cv-0029 <br> Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, two of the Motions in Limine filed by the defendant (Docket Nos. 133 and 135) are **GRANTED**. The court will reserve ruling on one Motion in Limine filed by the defendant (Docket No. 145) until the pretrial conference. The rest of the Motions in Limine filed by the defendant (Docket Nos. 137, 139, 141, 143, 147, and 150), as well as the Motions in Limine filed by the plaintiffs (Docket Nos. 129 and 131), are **DENIED**.

It is so Ordered.

Entered this 1st day of July 2011.

_____
ALETA A. TRAUGER
United States District Judge