# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, COLUMBIA DIVISION

# JUDGMENT IN A CIVIL CASE

VELMA SUE BATES, CLAUDIA BIRDYSHAW,)
WILLARENE FISHER, MARK LONG, JON )
TOUNGETT, CAROLYN WADE and RICHARD )
WHITE, )
    Plaintiffs, )
     )
VS. ) CASE #: 1:08-0029
     )
DURA AUTOMOTIVE SYSTEMS, INC., )
    Defendant. )

○ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict as reflected in the verdict form filed July 20, 2011 (Docket No. 195).

The jury found in favor of plaintiff Velma Sue Bates and against Defendant Dura Automotive Systems, Inc. on plaintiff's claim under the Americans with Disabilities Act as to defendant's drug testing and awarded plaintiff compensatory damages in the amount of $3,200.00 and punitive damages in the amount of $3,200.00. The jury found in favor of defendant Dura Automotive Systems, Inc. and against plaintiff Velma Sue Bates as to plaintiff's claims for back pay damages and front pay damages.

The jury found in favor of plaintiff Claudia Birdyshaw and against defendant Dura Automotive Systems, Inc. on plaintiff's claim under the Americans with Disabilities Act as to defendant's drug testing and awarded plaintiff back pay damages in the amount of $86,915.50, compensatory damages in the amount of $2,500.00 and punitive damages in the amount of $89,415.50. The jury found in favor of defendant Dura Automotive Systems, Inc. and against plaintiff Claudia Birdyshaw on plaintiff's claim for front pay damages.

The jury found in favor of defendant Dura Automotive Systems, Inc. and against plaintiff Willarene Fisher, on plaintiff's claim under the Americans with Disabilities Act as to defendant's drug testing. The jury also found in favor of defendant Dura Automotive Systems, Inc. and against plaintiff Willarene Fisher on plaintiff's disability discrimination claim under the Americans with Disabilities Act.

The jury found in favor of plaintiff Mark Long and against defendant Dura Automotive Systems, Inc. on plaintiff's claim under the Americans with Disabilities Act as to defendant's drug testing and awarded plaintiff back pay damages in the amount of $42.281.30, and punitive damages in the amount of $42,281.30. The jury found in favor of defendant Dura Automotive Systems, Inc. and against plaintiff Mark Long on plaintiff's claims for compensatory damages and for front pay damages.

The jury found in favor of plaintiff Jon Toungett and against defendant Dura Automotive Systems, Inc. on plaintiff's claim under the Americans with Disabilities Act as to defendant's drug testing and awarded plaintiff back pay damages in the amount of $105,679.32, compensatory damages in the amount of $1,400.00, and punitive damages in the amount of $107,079.32. The jury found in favor of defendant Dura Automotive Systems, Inc. and against plaintiff Jon Toungett on plaintiff's claim for front pay damages.

The jury found in favor of plaintiff Carolyn Wade and against defendant Dura Automotive Systems, Inc. on plaintiff's claim under the Americans with Disabilities Act as to defendant's drug testing and awarded plaintiff back pay damages in the amount of $47,244.00, compensatory damages in the amount of $150,000.00, and punitive damages in the amount of $197,244.00. The jury found in favor of defendant Dura Automotive Systems, Inc. and against plaintiff Carolyn Wade on plaintiff's claim for front pay damages.

The jury found in favor of plaintiff Richard White and against defendant Dura Automotive Systems, Inc. on plaintiff's claim under the Americans with Disabilities Act as to defendant's drug testing and awarded plaintiff back pay damages in the nominal amount of $1.00. The jury found in favor of defendant Dura Automotive Systems, Inc. and against plaintiff Richard White on plaintiff's claims for front pay damages, compensatory damages and punitive damages.


IT IS ORDERED AND ADJUDGED.


JULY 26, 2011                             KEITH THROCKMORTON, CLERK
DATE

                                              *s/Katheryn Beasley*
                                              BY KATHERYN BEASLEY
                                              DEPUTY CLERK