# Equitus Law Alliance, PLLC
## P.O. Box 280240
## Nashville, TN 37228

July 28, 2011

Sue Bates, Claudia Birdyshaw, Willarene Fisher, Mark Long,
Jon Toungett, Carolyn Wade, and
Richard White
Lawrenceburg TN

Professional Services

|  |  | Amount |
|---|---|---:|
| 6/5/2007 | Conference with ▓▓▓▓ concerning drug free workplace and medical condition. | 315.00 |
| 6/6/2007 | Prepare letter and ▓▓▓▓▓. | 225.00 |
| 6/7/2007 | Phone conference with C. Berdyshaw. Review memo with intern. | 112.50 |
| 6/14/2007 | Phone conference with ▓▓▓▓. | 90.00 |
|  | Phone conference with ▓▓▓▓. | 75.00 |
|  | Phone conference with ▓▓▓▓. | 30.00 |
| 6/11/2007 | Phone conference with ▓▓▓▓ concerning representation. | 45.00 |
|  | Work on letter and questionnaire. | 157.50 |
| 6/12/2007 | Work on questionnaire. | 90.00 |
| 6/13/2007 | Phone conference with ▓▓▓▓, ▓▓▓▓, Ms. Bates, Ms. Berdyshaw concerning drug testing. | 315.00 |
| 6/21/2007 | Prepare letter concerning EEOC. | 45.00 |
| 6/28/2007 | Phone conference with R. Whyte concerning claimant. | 45.00 |
| 7/2/2007 | Phone conference with S. Bates concerning unemployment benefits. | 67.50 |
|  | Work on letter and claim forms. | 67.50 |

| | | Amount |
|---|---|---|
| 7/5/2007 | Prepare EEOC Claim Form. | 112.50 |
| 7/13/2007 | Letter concerning EEOC. | 45.00 |
| 7/19/2007 | Work on reponses for Claimants. | 112.50 |
| 8/6/2007 | Letter to client. | 45.00 |
| 9/21/2007 | Letter to EEOC concerning representation of clients. | 19.00 |
| 9/7/2007 | Phone conference with J. Toungett concerning case. | 45.00 |
| 10/2/2007 | Letter to R. Ferguson concerning EEOC Charge of Discrimination. | 19.00 |
| | Letter to EEOC concerning W. Fisher Charge of Discrimination. | 19.00 |
| 10/4/2007 | Letter to EEOC concerning J. Toungett. | 19.00 |
| 10/19/2007 | Letter to EEOC concerning M. Long. | 19.00 |
| | Letter to M. Long concerning EEOC. | 19.00 |
| | Review mediation request. | 67.50 |
| 10/15/2007 | Begin drafting Complaint. | 157.50 |
| 10/24/2007 | Phone conference with C. Wade regarding EEOC's request for mediation. | 19.00 |
| | Letter to EEOC concerning mediation with C. Wade. | 19.00 |
| | Letter to C. Wade concerning EEOC mediation documents. | 19.00 |
| 10/25/2007 | Prepare statement of facts for R. White, J. Toungett, and M. Long. | 171.00 |
| 10/23/2007 | Complete rough draft of C. Berdyshaw Complaint. | 112.50 |
| 10/26/2007 | Prepare statement of facts for C. Wade and W. Fisher. | 161.50 |
| 11/1/2007 | Review and revise statements of facts and charges. | 180.00 |
| 11/14/2007 | Amend EEOC Charge of Discrimination for M. Long. | 19.00 |
| | Letter to M. Long concerning amended Charge of Discrimination. | 19.00 |
| 11/29/2007 | Letter to S. Bates concerning EEOC Charge of Discrimination. | 19.00 |
| | Prepare EEOC Charge of Discrimination form for S. Bates. | 28.50 |
| 11/30/2007 | Letter to M. Long concerning revised Amended Charge of Discrimination. | 19.00 |

| Date | Description | Amount |
|---|---|---|
| 12/3/2007 | Revising Complaint. | 50.00 |
| 12/4/2007 | Researching causes of action. | 187.50 |
| | Revising Complaint. | 62.50 |
| 12/11/2007 | Revising Complaint. | 125.00 |
| 12/13/2007 | Revising Complaint. | 462.50 |
| 12/14/2007 | Final revisions to Complaint. | 87.50 |
| 1/22/2008 | Letter to EEOC concerning Mark Long's amended Charge of Discrimination. | 19.00 |
| 1/24/2008 | Review and revise C. Berdyshaw Complaint. | 225.00 |
| 2/1/2008 | Phone conference with M. Birdyshaw concerning information for complaint. | 19.00 |
| 2/14/2008 | Phone conference with D. Walker with the EEOC concerning status of mediation. | 19.00 |
| | Phone conference with C. Wade concerning status of mediation. | 19.00 |
| 2/20/2008 | Phone conference with K. Lee concerning status of C. Wade case. | 19.00 |
| | Prepare Verified Complaint for C. Wade. | 47.50 |
| 2/22/2008 | Phone conference with R. White concerning status. | 19.00 |
| 3/12/2008 | Letter to A. Ray concerning representation. | 19.00 |
| 4/1/2008 | Prepare EEOC Charge form for A. Ray. | 19.00 |
| | Letter to A. Ray concerning EEOC claim form and engagement letter. | 19.00 |
| 4/29/2008 | Call from EEOC. | 25.00 |
| | Call from EEOC. | 25.00 |
| 4/28/2008 | Call to EEOC. | 25.00 |
| 4/30/2008 | Call from EEOC. | 25.00 |
| 5/2/2008 | Revising Complaint. | 375.00 |
| | Correspondence to clients. | 25.00 |
| | Draft causes of action for ADA violations. | 125.00 |
| 5/1/2008 | Drafting Complaint. | 375.00 |

|  |  | Amount |
|---|---|---|
| 5/5/2008 | Call from S. Bates. | 25.00 |
|  | Call from R. White. | 50.00 |
|  | Call from M. Long. | 37.50 |
|  | Call from W. Fisher. | 37.50 |
|  | Revising Complaint. | 62.50 |
| 5/7/2008 | Call from J. Toungett. | 37.50 |
|  | Revising Complaint. | 25.00 |
| 5/8/2008 | Call from Carolyn Wade. | 37.50 |
| 5/9/2008 | Revising & filing Complaint. | 62.50 |
| 5/2/2008 | Review and revise Complaint. | 225.00 |
| 5/29/2008 | Call from Court Clerk. | 25.00 |
|  | Correspondence to Court Clerk. | 25.00 |
|  | Call from Court Clerk. | 25.00 |
| 5/30/2008 | Interview witness. | 90.00 |
| 6/13/2008 | Begin draft of Rule 26 Disclosure Statement and Proposed Initial Case Management Order. | 114.00 |
| 6/16/2008 | Filing return of Summons. | 25.00 |
| 6/9/2008 | Letter to CT Corporate Systems (Registered Agent). | 25.00 |
| 6/20/2008 | Call from Bob Boston. | 25.00 |
|  | Research bankruptcy case. | 37.50 |
| 6/17/2008 | Letter to EEOC concerning Freedom of Information request. | 25.00 |
| 7/3/2008 | Drafting proposed Case Management Order. | 62.50 |
| 7/11/2008 | Prepare for Case Management Conference. | 180.00 |
| 7/23/2008 | Revise Rule 26 disclosures. | 62.50 |
|  | Letter to Dura attorneys. | 25.00 |
| 7/22/2008 | Call to Richard White. | 25.00 |

|  |  | Amount |
|---|---|---|
| 7/11/2008 | Case Management Conference. | 100.00 |
| 7/10/2008 | Call from R. White. | 25.00 |
| 7/9/2008 | Email to opposing counsel concerning CMD. | 25.00 |
| 7/7/2008 | Draft & revise Case Management Order. Email to opposing counsel. | 125.00 |
| 7/17/2008 | Letters to clients concerning Judicial Settlement Conference. | 67.50 |
| 7/25/2008 | Review EEOC docs. | 150.00 |
| 7/24/2008 | Letter concerning documents. | 67.50 |
| 7/26/2008 | Work on discovery. | 225.00 |
| 8/1/2008 | Revise discovery. | 62.50 |
| 8/7/2008 | Draft discovery. | 125.00 |
| 8/8/2008 | Draft Discovery. | 412.50 |
|  | Review and revise discovery to Dura. | 225.00 |
|  | Review and revise Case Management Order. Phone conference with B. Boston. | 112.50 |
| 8/11/2008 | Call from Mark Long. | 25.00 |
|  | Revising discovery. | 350.00 |
|  | letter to Klotz/Boston. | 25.00 |
| 8/22/2008 | Calls to clients concerning settlement offer. | 312.50 |
|  | Drafting settlement spreadsheet. | 62.50 |
| 8/21/2008 | Research settlement. | 50.00 |
| 8/25/2008 | Call from Mark Long. | 25.00 |
| 8/26/2008 | Drafting demand letter. | 312.50 |
| 8/27/2008 | Review and revise demand letter. | 112.50 |
|  | Conference with John, Matt concerning valuation of settlement. | 60.00 |
| 8/29/2008 | Phone conference with K. Harmon concerning expert report and email list. | 90.00 |
|  | Work on Judicial Settlement Conference. | 90.00 |

|  |  | Amount |
|---|---|---:|
| 9/5/2008 | Phone conference with R. White, M. Long, J. Toungett, C. Wade, C. Birdyshaw, S. Bates, and W. Fisher concerning past and present medications. | 76.00 |
|  | Compile spreadsheet of medications, indications, and side effects. | 266.00 |
| 9/2/2008 | Work on Judicial Settlement Conference letter. | 450.00 |
| 9/3/2008 | Work on Judicial Settlement Conference letter. | 450.00 |
| 9/4/2008 | Conference with J. Griffin concerning settlement statement. | 225.00 |
| 9/5/2008 | Research related to issues. | 900.00 |
|  | Attend Judge Griffin Pre-Settlement Conference. | 157.50 |
|  | Phone conference with B. Boston concerning damages chart. | 45.00 |
|  | Spreadsheet of damages. | 150.00 |
|  | Research cases concerning ADA and drug test. | 125.00 |
|  | Conference call with Judge Griffin. | 62.50 |
| 9/4/2008 | Call from Mark Long. | 25.00 |
| 9/3/2008 | Research cases concerning | 250.00 |
| 8/29/2008 | Letter to clients. | 25.00 |
| 8/28/2008 | Call from Carolyn Wade. | 37.50 |
|  | Revise demand letter. | 25.00 |
| 9/8/2008 | Work on Judicial settlement Conference. | 675.00 |
|  | Correspondence to Attorney. | 25.00 |
|  | Research drug interactions and effects. | 62.50 |
| 9/9/2008 | Case Management Conference. | 1,375.00 |
| 9/26/2008 | Letter to expert. | 67.50 |
|  | Call from Mark Long. | 25.00 |
|  | Motion to Extend Expert Disclosure Deadline. | 125.00 |
| 9/25/2008 | Conference with ███████ concerning expert testimony. | 450.00 |
| 9/26/2008 | Letter to clients for info. | 45.00 |

|  |  | Amount |
|---|---|---|
| 10/3/2008 | Phone conference with with Richard White. | 25.00 |
|  | Prepare documents for analysis by███████████████ | 50.00 |
| 9/29/2008 | Motion to Enlarge Case Management Order. | 125.00 |
|  | Prepare Motion to Enlarge Case Management Order. | 125.00 |
| 10/3/2008 | Work on memo. | 90.00 |
| 9/30/2008 | Prepare Motion to Enlarge Case Management Order. | 437.50 |
| 10/16/2008 | Work on Statement of Facts. | 67.50 |
| 10/22/2008 | Phone conference with █████████ concerning data. | 112.50 |
| 10/23/2008 | Prepare for meeting with expert. | 112.50 |
| 10/20/2008 | Work on Statement of Facts. | 135.00 |
| 10/21/2008 | Phone conference with Sue Bates. | 25.00 |
| 10/24/2008 | Correspondence to Sue Bates concerning contacting individuals on leave from Dura. | 25.00 |
| 11/4/2008 | Letters requesting depositions. Prepare notice for corporation rep. | 90.00 |
| 11/5/2008 | Prepare notice of Rule 30. Review and revise letter. | 135.00 |
| 10/31/2008 | Prepare spreadsheet concerning employee information and data. | 62.50 |
| 11/3/2008 | Review notes from S. Bates concerning subsequent employment actions. Compile employee data concerning employment actions by Dura. | 137.50 |
| 11/14/2008 | Phone conference with S. Bates. | 25.00 |
| 11/17/2008 | Phone conference with R. White concerning status of case. | 25.00 |
| 11/21/2008 | Conference with B. Boston concerning discovery. | 157.50 |
|  | Conference with B. Boston concerning discovery. | 157.50 |
| 11/20/2008 | Phone conference with B. Briggs concerning date for telephone conference with Judge Trauger. | 25.00 |
|  | Correspondence with opposing counsel concerning telephone conference. | 25.00 |
|  | Review materials sent by C. Birdyshaw. | 25.00 |
| 11/21/2008 | Phone conference with B. Briggs concerning availability of Judge Trauger. | 25.00 |

| | | Amount |
|---|---|---|
| 11/21/2008 | Correspondence with Boston. | 25.00 |
| | Phone conference with B. Boston concerning discovery dispute. | 25.00 |
| 11/25/2008 | Phone conference with Judge Trauger concerning discovery dispute. | 25.00 |
| 12/3/2008 | Prepare Notice of Deposition. | 45.00 |
| 11/25/2008 | Case Management Conference. | 112.50 |
| 12/9/2008 | Prepare for deposition. | 922.50 |
| | Prepare for depositions of L. Boots and M. Gent. | 837.50 |
| 12/10/2008 | Depositions of L. Boots and M. Gents. | 1,062.50 |
| 12/4/2008 | Finalize Notices of Deposition of M. Gents and L. Boots. | 37.50 |
| | Correspondence with B. Boston concerning depositions. | 25.00 |
| 12/5/2008 | Correspondence to T. Smith. | 25.00 |
| 12/8/2008 | Phone conference with R. White. | 25.00 |
| | Review discovery submitted by Dura;  Prepare for L. Boots and M. Gents deposition. | 812.50 |
| | Phone conference with M. Long. | 25.00 |
| 12/10/2008 | Attend depositions of L. Boots and M. Gent. | 1,912.50 |
| 12/11/2008 | Phone conference with Andy Naylor concerning depositions of Plaintiffs. | 25.00 |
| 12/15/2008 | Phone conference with Jon Toungett. | 25.00 |
| 12/19/2008 | Correspondence to A. Naylor concerning deposition dates. | 25.00 |
| 12/22/2008 | Phone conference with A. Naylor. | 25.00 |
| | Correspondence to A. Naylor. | 25.00 |
| 12/23/2008 | Correspondence to A. Naylor concerning depositions. | 25.00 |
| | Phone conference with C. Wade. | 25.00 |
| 12/24/2008 | Phone conference with C. Wade. | 25.00 |
| | Phone conference with S. Bates. | 25.00 |
| | Correspondence to A. Naylor. | 25.00 |

| | | Amount |
|---|---|---|
| 12/24/2008 | Correspondence to all clients concerning deposition dates. | 37.50 |
| 12/29/2008 | Review and finalize employee data for expert analysis. | 25.00 |
| 1/5/2009 | Phone conference with Carolyn Wade concerning medical records needed and depo of eye doctor. | 60.00 |
| 12/31/2008 | Deposition of Carolyn Wade. | 450.00 |
| | Letter to clients concerning Subpoenas. | 25.00 |
| | Review Subpoenas sent by Dura. | 25.00 |
| 1/5/2009 | Deposition of C. Birdyshaw. | 612.50 |
| | Phone conference with M. Long. | 37.50 |
| | Phone conference with S. Bates. | 25.00 |
| 1/6/2009 | Deposition of M. Long. | 587.50 |
| | Phone conference with R. White. | 50.00 |
| | Phone conference with J. Toungett. | 50.00 |
| | Phone conference with M. Long. | 37.50 |
| 1/7/2009 | Phone conference with R. White. | 25.00 |
| | Deposition of R. White. | 575.00 |
| | Phone conference with W. Fisher. | 50.00 |
| 1/8/2009 | Deposition of J. Toungett. | 437.50 |
| | Prepare Subpoena to M. Peden and L. Peden. | 75.00 |
| | Prepare Subpoena to S. Portnoy. | 75.00 |
| | Phone conference with M. Barnes concerning serving Subpoena. | 25.00 |
| | Correspondence to B. Boston concerning Notices of Deposition of M. Peden and L. Peden. | 25.00 |
| | Phone conference with Premier Investigations concerning service of process on S. Portnoy. | 25.00 |
| | Correspondence to M. Peden. | 25.00 |
| | Correspondence to M. Barnes. | 25.00 |
| | Correspondence to S. Portnoy. | 25.00 |

|            |                                                                                    | Amount |
|------------|------------------------------------------------------------------------------------|--------|
| 1/8/2009   | Correspondence to Premier Investigation.                                           | 25.00  |
| 1/15/2009  | Phone calls to arrange deposition of C. Wade's eye doctor.                         | 45.00  |
| 1/12/2009  | Deposition of S. Bates.                                                            | 437.50 |
|            | Deposition of W. Fisher.                                                           | 375.00 |
| 1/13/2009  | Correspondence to C. Birdyshaw.                                                    | 25.00  |
|            | Correspondence to J. Toungett.                                                     | 25.00  |
|            | Correspondence to C. Wade.                                                         | 25.00  |
| 1/14/2009  | Correspondence with A. Naylor concerning deposition.                               | 25.00  |
|            | Correspondence to B. Boston concerning Scheduling Order.                           | 25.00  |
| 1/16/2009  | Research case law concerning judicial estoppel and bankruptcy Petition.            | 537.50 |
|            | Correspondence to R. Harlan concerning bankruptcy of M. Long.                      | 25.00  |
| 1/19/2009  | Prepare for L. Peden and M. Peden deposition.                                      | 525.00 |
| 1/20/2009  | Deposition of L. Peden.                                                            | 750.00 |
|            | Deposition of M. Peden.                                                            | 62.50  |
|            | Correspondence with P. Walker concerning Scheduling Order.                        | 25.00  |
|            | Correspondenc with P. Walker concerning withdrawing unsigned Scheduling Order.     | 25.00  |
| 1/21/2009  | Prepare Response to Motion to Dismiss M. Long and Affidavit of M. Long.            | 487.50 |
|            | Phone conference with M. Long concerning Affidavit.                                | 25.00  |
|            | Phone conference with Dr. Seth Portnoy.                                            | 25.00  |
|            | Phone conference with A. Portnoy.                                                  | 25.00  |
| 1/20/2009  | Review Freedom From Self records.                                                  | 337.50 |
|            | Emails with opposing counsel concerning scheduling depo of Dr. Kostamaa.           | 45.00  |
|            | Phone conference with Dr. Kostamaa's deposition.                                   | 30.00  |
| 1/16/2009  | Communications with opposing counsel concerning scheduling depo of Dr. Kastamaa.   | 30.00  |
| 1/23/2009  | Prepare depo summary for M. Jent.                                                  | 270.00 |

|  |  | Amount |
|---|---|---:|
| 1/23/2009 | Begin depo summary for L. Boots. | 135.00 |
| 1/21/2009 | Email with opposing counsel concerning finalizing Dr. Kostamaa's deposition, phone call to court reporter, and doctor's office. | 45.00 |
|  | Notice of Depo of Dr. Kostamaa. | 30.00 |
|  | Review and revise brief in opposition to to dismiss M. Long. | 45.00 |
| 1/22/2009 | Preparation for deposition of Dr. Kostamaa. | 120.00 |
| 1/23/2009 | Deposition of Dr. Kostamaa. | 600.00 |
| 1/22/2009 | Correspondence to P. Walker. | 25.00 |
|  | Finalize Response to Motion to Dismiss M. Long. | 587.50 |
| 1/27/2009 | Phone conference with P. Gifford concerning hiring for deposition. | 50.00 |
|  | Phone conference with Dr. Seth Portnoy concerning deposition. | 25.00 |
|  | Correspondence to P. Gifford. | 25.00 |
|  | Prepare S. Protnoy Subpoena. | 50.00 |
|  | Correspondence to S. Portney. | 25.00 |
|  | Correspondence to B. Boston and other Dura attorneys. | 25.00 |
| 1/28/2009 | Prepare questions and documents for S. Portnoy deposition. | 487.50 |
| 1/29/2009 | Prepare for deposition of Dr. Seth Portnoy. Prepare questions, Exhibits and fees. | 387.50 |
|  | Correspondence to A. Naylor. | 25.00 |
| 1/30/2009 | Phone conference with P. Gifford. | 25.00 |
|  | Phone conference with S. Portnoy. | 25.00 |
|  | Prepare for deposition of S. Portnoy. | 250.00 |
| 2/2/2009 | Phone conference with S. Portnoy | 25.00 |
|  | Phone conference with P. Gifford. | 25.00 |
|  | Review Subpoena documents from S. Protnoy. Revise deposition questions. | 350.00 |
|  | Phone conference with A. Naylor. | 25.00 |
|  | Phone conference with Judge Brown concerning mediation efforts. | 62.50 |

|  |  | Amount |
|---|---|---:|
| 2/3/2009 | Phone conference with P. Gifford. | 25.00 |
|  | Phone conference with P. Gifford. | 25.00 |
|  | Begin Response to Motion to Dismiss C. Birdyshaw. | 362.50 |
| 2/5/2009 | Prepare Response to Motion to Dismiss C. Birdyshaw. | 287.50 |
| 2/6/2009 | Prepare Affidavit of C. Birdyshaw. | 37.50 |
|  | 2nd Request for Production of Documents. | 50.00 |
|  | Correspondence to B. Boston. | 25.00 |
|  | Finalize and file Response to Motion to Dismiss C. Birdyshaw. | 225.00 |
| 2/12/2009 | Phone conference with M. Long. | 25.00 |
| 2/16/2009 | Begin Motion for Summary Judgment. | 90.00 |
| 2/23/2009 | Review and revise beginning of brief. | 90.00 |
| 2/24/2009 | Phone conference with M. Long. | 25.00 |
|  | Phone conference with M. Long. | 25.00 |
|  | Begin researching caselaw for Motion for Summary Judgment. | 362.50 |
| 2/25/2009 | Prepare documents for deposition summaries. | 125.00 |
| 2/26/2009 | Prepare deposition summary for C. Wade. | 370.50 |
|  | Correspondence to Boss Reporting concerning Portnoy deposition transcript. | 25.00 |
|  | Begin Motion for Summary Judgment. | 250.00 |
| 2/27/2009 | Prepare summary of S. Bates deposition | 370.50 |
|  | Prepare summary of deposition of C. Birdyshaw | 370.50 |
| 3/2/2009 | Prepare deposition summary of W. Fisher. | 370.50 |
|  | Prepare deposition summary of M. Long. | 370.50 |
|  | Prepare summary of deposition of J. Toungett. | 370.50 |
|  | Identify supporting documents for Motion for Summary Judgment. | 389.50 |
|  | Finalize summary of deposition of L. Boots. | 275.50 |

|  |  | Amount |
|---|---|---|
| 3/5/2009 | Finalize identifying and assembling supporting documents for Motion for Summary Judgment. | 522.50 |
| 3/3/2009 | Begin L. Boots depo summary. | 225.00 |
| 3/4/2009 | Depo summary of L. Boots. | 630.00 |
| 3/5/2009 | Work on Motion for Summary Judgment. | 562.50 |
| 3/6/2009 | Work on memo. | 1,575.00 |
| 3/13/2009 | Read Dura's Motion for Summary Judgment and outline response. | 225.00 |
| 3/12/2009 | Review Plaintiff medical records at Waller Lansden. | 525.00 |
| 3/13/2009 | Retrieve and review cases cited by Dura in Motion for Summary Judgment. | 637.50 |
| 2/27/2009 | Prepare Motion for Summary Judgement. | 662.50 |
| 3/2/2009 | Phone conference with Sherril at R. Harlan's office. | 25.00 |
|  | Correspondence to Sherrill at R. Harlan's office. | 25.00 |
|  | Begin Motion for Summary Judgment. | 487.50 |
|  | Review deposition of L. Peden. | 212.50 |
| 3/3/2009 | Prepare L. Peden Deposition Summary. | 425.00 |
|  | Deposition Summary of Dr. Seth Portnoy. | 275.00 |
| 3/4/2009 | Prepare motion for Summary Judgment. | 775.00 |
| 3/5/2009 | Prepare Motion for Summary Judgment. | 1,712.50 |
| 3/6/2009 | Finalize Motion for Summary Judgment. | 1,587.50 |
| 3/9/2009 | Review Dura's Motion to Dismiss. | 62.50 |
| 3/18/2009 | Summarize case. | 180.00 |
| 3/19/2009 | Work on Response to Statement of Undisputed Facts. | 292.50 |
| 3/20/2009 | Work on Response to Statement of Undisputed Facts. | 630.00 |
| 3/16/2009 | Work on review of cases cited by Dura in Motion for Summary Judgment. | 540.00 |
| 3/23/2009 | Review deposition of Mark Long and prepare summary. | 332.50 |
| 3/17/2009 | Begin Response to Dura's Statement of Undisputed Facts. | 362.50 |

|  | | Amount |
|---|---|---|
| 3/18/2009 | Prepare summaries of cases cited by Dura. | 650.00 |
| 3/19/2009 | Correspondence to R. Harlan. | 25.00 |
| | Prepare Notice of Filing of letter from attorney Robert Harlan. | 50.00 |
| 3/24/2009 | Work on brief. | 540.00 |
| | Work on response to Statement of Facts. | 900.00 |
| 3/25/2009 | Work on equitable tolling agreement. Revise Response to Statement of Undisputed Facts. | 1,125.00 |
| | Review and revise brief. | 450.00 |
| 3/26/2009 | Assemble Exhibits for Response to Statement of Facts and Motion for Summary Judgment. | 152.00 |
| | Review and revise brief, Statement of Undisputed Facts, write conclusion, write on direct evidence, and review. | 1,350.00 |
| 3/23/2009 | Begin Response to Motion for Summary Judgment. | 400.00 |
| 3/24/2009 | Prepare Response to Motion for Summary Judgment. | 787.50 |
| 3/25/2009 | Prepare Response to Motion for Summary Judgment. | 962.50 |
| 3/26/2009 | Finalize Response to Motion for Summary Judgment. | 1,162.50 |
| 3/21/2009 | Work on response to statement of undisputed facts and brief. | 675.00 |
| 3/30/2009 | Phone conference with R. White. | 25.00 |
| 3/31/2009 | Finalize and file 2nd Joint Mediation Report. | 25.00 |
| 3/30/2009 | Review brief filed by Defendant. | 225.00 |
| 4/6/2009 | Work on reply brief. | 450.00 |
| 4/8/2009 | Assemble exhibits for Reply to Response to Motion for Summary Judgment. | 38.00 |
| 4/7/2009 | Work on brief. | 270.00 |
| 4/3/2009 | Begin Reply to Response to Plaintiff's Motion for Summary Judgment. | 175.00 |
| 4/7/2009 | Begin Reply to Response to Motion for Summary Judgment. | 300.00 |
| 4/8/2009 | Prepare Reply to Response to Motion for Summary Judgment. | 775.00 |
| 4/9/2009 | Finalize Reply to Response to Motion for Summary Judgment. | 387.50 |
| | Correspondence to R. Harlan. | 25.00 |

| | | Amount |
|---|---|---|
| 4/21/2009 | Phone conference with R. White. | 25.00 |
| 4/23/2009 | Review Judge Trauger's order concerning Summary Judgment Motions. | 37.50 |
| 4/8/2009 | Continue working on brief. | 337.50 |
| 5/4/2009 | Correspondence to S. Bates. | 25.00 |
| | Correspondence to C. Birdyshaw. | 25.00 |
| | Correspondence to J. Toungett. | 25.00 |
| | Correspondence to W. Fisher. | 25.00 |
| | Correspondence to M. Long. | 25.00 |
| | Correspondence to R. White. | 25.00 |
| | Correspondence to C. Wade. | 25.00 |
| 5/7/2009 | Work on L. Boots cross examination. | 315.00 |
| 5/20/2009 | Complete first draft of cross exam of L. Boots. | 157.50 |
| 5/22/2009 | Work on Pre-trial Order. | 405.00 |
| 5/26/2009 | Prepare draft of initial Pre-trial Order. | 202.50 |
| 6/3/2009 | Work on cross exam of M. Jent. | 562.50 |
| 6/4/2009 | Work on L. Peden cross exam. | 292.50 |
| 5/28/2009 | Phone conference with R. White. | 25.00 |
| 6/11/2009 | Begin assembling exhibits for cross examination of Jent.. | 76.00 |
| | Begin assembling exhibits for cross examination of Boots. | 95.00 |
| | Begin assembling exhibits for cross examination of Peden. | 95.00 |
| 6/15/2009 | Complete Exhibit List for cross examination of L. Peden. | 190.00 |
| 6/9/2009 | Work on L. Peden cross-exam. | 337.50 |
| 6/10/2009 | Prepare Dr. Portnoy concerning deposition. | 180.00 |
| 6/11/2009 | Work on Pre-trial Order. | 112.50 |
| 6/18/2009 | Prepare Jury Charges and Jury Instructions. | 412.50 |

|  | | Amount |
|---|---|---|
| 7/8/2009 | Prepare Jury Verdict Forms. | 175.00 |
| 7/17/2009 | Work on opening statement, witness list, and direct exam. | 225.00 |
| 7/14/2009 | Phone conference with M. Long. | 25.00 |
|  | Correspondence to clients. | 25.00 |
|  | Finalize Pre-Trial Order. | 262.50 |
|  | Phone conference with J. Toungett. | 25.00 |
| 7/15/2009 | Prepare stipulations of fact. | 537.50 |
| 7/17/2009 | Finalize proposed stipulations. | 87.50 |
| 7/20/2009 | Letter to clients concerning witness list. | 45.00 |
| 7/21/2009 | Work on opening statement. | 180.00 |
|  | Begin response to motion. | 90.00 |
| 7/23/2009 | Finalizing portion of brief concerning procedural irregularities in Motion to Clarify-Response. | 30.00 |
| 7/22/2009 | Research and drafted brief concerning no procedure for Motion for Clarification-Response. | 450.00 |
| 7/21/2009 | Review Pre-Trial Order. | 225.00 |
| 7/22/2009 | Begin Response to Motion to Clarify. | 125.00 |
| 7/23/2009 | Prepare response to Motion to Clarify. | 312.50 |
| 7/24/2009 | Finalize Response to Motion to Clarify. | 62.50 |
|  | Correspondence to B. Boston concerning stipulations. | 25.00 |
| 7/23/2009 | Review and revise response to Motion to Clarify. | 180.00 |
|  | Work on Opening Statement. | 90.00 |
| 7/24/2009 | Work on Opening Statement. | 225.00 |
|  | Review and revise stipulations. | 180.00 |
| 7/21/2009 | Review and analysis of Dura's Motion for Clarification. | 90.00 |
| 7/27/2009 | Continue working on Opening Statement. | 225.00 |
| 7/29/2009 | Review Judge's Order concerning Interlocutory Appeal. | 45.00 |

| | | Amount |
|---|---|---|
| 8/5/2009 | Letter to clients concerning appeal and case status. | 45.00 |
| 8/4/2009 | Review Memorandum Order. | 67.50 |
| 8/7/2009 | Correspondence to L. Boots concerning Subpoena. | 25.00 |
| 8/12/2009 | Phone conference with W. Fisher. | 37.50 |
| 9/1/2009 | Phone conference with Sixth Circuit Court Clerk. | 25.00 |
| | Research Sixth Circuit Court of Appeals Rules on preparing the record. | 25.00 |
| 9/9/2009 | Review Reply to Response to Motion for Summary Judgment. | 37.50 |
| 9/16/2009 | Phone conference with B. Boston concerning status of case. | 67.50 |
| 9/17/2009 | Phone conference with C. Birdyshaw. | 37.50 |
| | Phone conference with R. White. | 25.00 |
| | Review EEOC Complaint against Dura. | 137.50 |
| 10/13/2009 | Phone conference with counsel for EEOC. | 45.00 |
| 10/14/2009 | Phone conference with EEOC lawyer concerning case. | 90.00 |
| 10/22/2009 | Phone conference with 6th Circuit Court Clerk concerning status of appeal. | 25.00 |
| 9/30/2009 | Phone conference with C. Birdyshaw. | 25.00 |
| 11/12/2009 | Download and prepare required documents for 6th Circuit Court of Appeals. | 28.50 |
| 11/20/2009 | Review Court of Appeal filings by Dura Auto. | 50.00 |
| 12/8/2009 | Prepare Mediation Statement. | 225.00 |
| 12/10/2009 | Mediation with 6th Circuit. | 450.00 |
| 12/24/2009 | Begin review of cases. | 90.00 |
| 12/14/2009 | Research GM v. Wice case. | 37.50 |
| 12/15/2009 | Research Wice v. GM court opinion and briefs. | 25.00 |
| 12/7/2009 | Interoffice conference with J. Beam concerning appellate brief. | 25.00 |
| 12/23/2009 | Review Appellate Brief of Dura. | 62.50 |
| 12/28/2009 | Begin Appellate Brief. | 812.50 |

| | | Amount |
|---|---|---:|
| 12/29/2009 | Prepare Appellee Brief. | 937.50 |
| 12/30/2009 | Prepare Appellee Brief. | 375.00 |
| 12/29/2009 | Research for response brief in 6th circuit. | 225.00 |
| 1/19/2010 | Review and revise Appellant Brief and file. | 675.00 |
| 1/26/2010 | Phone conference with clerk concerning need to re-file Notice of Appearance forms. | 30.00 |
| | Fixing software and re-filing Notice of Appearance forms. | 150.00 |
| 1/19/2010 | Made corrections to and proofread brief, filed brief online. | 264.00 |
| 1/26/2010 | Filed Notice of Appearance. | 12.00 |
| 1/13/2010 | Notice of Appearance Forms & Corporate Disclosure Statements. | 75.00 |
| 1/22/2010 | Filed in 6th Circuit Court. | 15.00 |
| 8/25/2010 | Prepare and file Oral Argument with Court of Appeals. | 13.50 |
| 9/28/2010 | Work on preparing the facts. | 90.00 |
| 10/14/2010 | Prepare for argument at Sixth Circuit. | 675.00 |
| 10/15/2010 | Work on appeal argument. | 1,012.50 |
| 10/12/2010 | Work on preparation for Sixth Circuit argument. | 450.00 |
| 11/3/2010 | Begin Motion and Memo to Reconsider issue of improper medical inquiry. | 45.00 |
| 11/4/2010 | Began Motion to Reconsider. | 337.50 |
| 11/5/2010 | Letter to all clients. | 45.00 |
| | File Memo and Motion. | 45.00 |
| 11/3/2010 | Work on Motion to Reconsider. | 67.50 |
| 12/15/2010 | Letter to clients concerning Memorandum allowing Plaintiffs to proceed to trial. | 13.00 |
| 12/14/2010 | Prepare reply brief. | 787.50 |
| 1/13/2011 | Court to schedule case. | 225.00 |
| 2/10/2011 | Complete Memorandum to Motion for Summary Judgment and prepare Motion for Summary Judgment. | 13.50 |
| | Assemble exhibits for Memorandum to Motion for Summary Judgment. | 58.50 |

| | | Amount |
|---|---|---|
| 2/11/2011 | Finalize and file Motion for Summary Judgment and Memorandum, together with related exhibits. | 27.00 |
| 2/21/2011 | Found and printed cases. | 96.00 |
| 2/8/2011 | Work on Motion for Summary Judgment. | 157.50 |
| 2/9/2011 | Work on Motion for Summary Judgment. | 337.50 |
| 2/10/2011 | Work on Motion for Summary Judgment. | 1,125.00 |
| 2/11/2011 | Review and revise brief and file. | 225.00 |
| | Letter to claimants. | 45.00 |
| 2/28/2011 | Work on brief. | 337.50 |
| 3/1/2011 | Work on brief. | 1,462.50 |
| 3/11/2011 | Begin assembling exhibits for Response to Dura's Second Motion for Summary Judgment. | 90.00 |
| 3/14/2011 | Finalize assembly of exhibits for Statement of Facts and Response to Motion for Summary Judgment. | 180.00 |
| 3/4/2011 | Work on brief. | 697.50 |
| 3/7/2011 | Work on brief. | 450.00 |
| 3/14/2011 | Final review and file Memorandum of Law. | 1,012.50 |
| 3/15/2011 | Work on response brief. | 787.50 |
| 3/9/2011 | Work on response brief. | 787.50 |
| 3/10/2011 | Work on brief. | 1,575.00 |
| 3/11/2011 | Work on Response to Statement of Undisputed facts. | 1,125.00 |
| 3/15/2011 | Retrieved cases from memo in Opposition to Motion for Summary Judgment. | 60.00 |
| 3/22/2011 | Work on brief. | 720.00 |
| 3/23/2011 | Work on brief. | 382.50 |
| | Work on brief and work on response to Statement of Undisputed Facts. | 450.00 |
| 3/18/2011 | Review Defendant case law. | 112.50 |
| 5/16/2011 | Begin Jury Instructions. | 292.50 |

| | | Amount |
|---|---|---|
| 6/14/2011 | Begin assembling plaintiff's exhibits for trial. | 237.50 |
| 6/6/2011 | Begin Motion to Quash Deposition. | 225.00 |
| 6/7/2011 | Begin Response to Brief. Begin direct exam preparation. | 157.50 |
| | Work on response to brief. | 157.50 |
| 6/8/2011 | Prepare Motion to Quash and Brief. | 562.50 |
| 6/10/2011 | Attend Motion hearing and prepare. | 225.00 |
| 6/17/2011 | File two Motions in Limine with Memorandums. | 28.50 |
| 6/14/2011 | Begin Motions in Limine. | 67.50 |
| | Begin Witness and Exhibit List. | 90.00 |
| | Work on stipulations and email to A. Naylor. | 112.50 |
| 6/10/2011 | Work on M. Jent cross examination. | 337.50 |
| 6/16/2011 | Review Motions in Limine. | 90.00 |
| 6/17/2011 | Review and revise Motions in Limine and file. | 337.50 |
| 6/21/2011 | Assemble and trial exhibits and witness list.  Begin trial notebook. | 225.00 |
| 6/23/2011 | Finalize trial exhibits and trial notebook. | 135.00 |
| | Work on direct exams. | 1,462.50 |
| 6/24/2011 | Work on direct exams. | 1,350.00 |
| 6/20/2011 | Work on cross exams. | 112.50 |
| | Work on Exhibit Lists. | 450.00 |
| 6/21/2011 | Work on witness testimony. | 1,350.00 |
| 6/22/2011 | Work on testimony. | 157.50 |
| 6/27/2011 | Work on direct exams. | 1,125.00 |
| 6/28/2011 | Review Motions in Limine and cases. Begin responses to Motions in Limine. | 1,575.00 |
| 6/7/2011 | Began Plaintiffs Response to Motion for Deposition. | 17.50 |
| 6/14/2011 | Began Witness & Exhibit List. | 17.50 |

|  |  | Amount |
|---|---|---:|
| 6/14/2011 | Began Motion in Limine concerning excluding expert analysis. | 17.50 |
| 6/23/2011 | Revised Direct Exam of Richard White. | 70.00 |
|  | Revised Direct Exam of Sue Bates. | 70.00 |
| 6/24/2011 | Revised Direct Exam of Mark Long. | 70.00 |
|  | Revised Direct Exam of Carolyn Wade. | 70.00 |
| 6/27/2011 | Revised Direct Exam of Willarene Fisher. | 52.50 |
| 6/30/2011 | File Responses to Motions in Limine. | 58.50 |
|  | Assemble Motions in Limine, Memorandums, and Responses for trial notebook. | 108.00 |
| 6/29/2011 | Response to Economic Bias Motions in Limine, Response to Allowing Jury View, Response to Excluding other Lawsuits. | 193.50 |
|  | Continued work on Motions in Limine. | 180.00 |
| 6/28/2011 | Responses to Motions in Limine. | 184.50 |
|  | Continued Responses to Motions in Limine and correspondence to C. Birdyshaw and R. White concerning depositions. | 180.00 |
|  | Phone conference with M. Long. | 63.00 |
|  | Phone conference with R. White. | 54.00 |
|  | Prepared Motions in Limine. | 45.00 |
|  | Worked on Motions in Limine. | 189.00 |
| 6/16/2011 | Prepared Memos in Support of Motions in Limine concerning expert testimony. | 90.00 |
| 6/15/2011 | Drafting Motions in Limine to Exclude Expert Testimony of Patsy, Nancy, and Donna - not identified as experts. | 157.50 |
|  | Continued drafting Motions in Limine to Exclude Expert Testimony of Patsy, Nancy, and Donna. | 166.50 |
| 6/13/2011 | Phone conference with C. Wade concerning testimony. | 27.00 |
|  | Continued research on Counterclaims and Answers Memo. | 207.00 |
| 6/6/2011 | Researched Response to Expedited Motion. | 9.00 |
| 6/7/2011 | Research on opponent cases and Memo to Quash/Limit Deposition. | 157.50 |
|  | Continued research on opponent cases and Memo to Quash/Limit Deposition. | 189.00 |

| | | Amount |
|---|---|---|
| 6/8/2011 | Summarizing cases for Memo Response to Motion to Allow Portnoy's Second Deposition. | 180.00 |
| | Phone conference with all clients going over Statement of Facts and testimony. | 180.00 |
| 6/9/2011 | Response to Request for Portnoy's Deposition and Memo. Phone conference with J. Toungett and S. Bates concerning testimony. | 171.00 |
| | Phone conference with C. Wade and R. White discussing testimony and reminding them of trial. | 81.00 |
| 6/10/2011 | Phone conference with Judge concerning Status Conference. | 9.00 |
| 7/5/2011 | Prepare Motions in Limine trial notebook. | 49.50 |
| 7/7/2011 | Letter to A. Naylor concerning subpoenas. | 9.00 |
| | Complete Trial Notebook and Motion Notebook. | 58.50 |
| 7/11/2011 | Finalize Trial notebooks and documents for trial. | 67.50 |
| 7/5/2011 | Prepared and sent Subpoenas. | 168.00 |
| 7/8/2011 | Filed Jury Instructions, planned and called claimants. | 108.00 |
| 6/29/2011 | Work on Rule 26 Supplement and responses to Motions in Limine. | 1,800.00 |
| 6/30/2011 | Work on Direct Exams. Complete response to Motions in Limine., | 1,350.00 |
| 7/1/2011 | Work on exhibits, claims, Pretrial Order, etc. | 1,575.00 |
| 7/5/2011 | Testimony of witnesses. | 450.00 |
| | Work on issue for trial. | 630.00 |
| | Work on brief in response to Motion to Dismiss. Work on jury instructions. | 1,125.00 |
| 7/6/2011 | Attend Pretrial Conference. | 337.50 |
| | Work on trial issues. | 1,125.00 |
| | Work on jury instruction. | 67.50 |
| 7/8/2011 | Work on jury questions and voire dire and related items. | 2,475.00 |
| 7/9/2011 | Work on witness interviews and testimony. | 2,700.00 |
| 7/10/2011 | Prepare for trial. | 1,800.00 |
| 7/8/2011 | Calling Plaintiffs, jury instructions, finishing putting exhibits in direct exams. | 171.00 |

|  | | Amount |
|---|---|---|
| 7/8/2011 | Making notations as to which exhibits of Defendant are the same as Plaintiff. | 189.00 |
| 7/7/2011 | Incorporating exhibits into direct exams and phone calls to Plaintiffs. | 157.50 |
|  | Incorporating exhibits into direct exams. | 207.00 |
| 7/6/2011 | Phone conference with C. Wade and working on direct exams. | 49.50 |
|  | Working on cross exam of Patsy Bramlett. | 112.50 |
|  | Phone conference with C. Wade concerning cross exam. | 162.00 |
| 7/5/2011 | Calculating damages, calling Plaintiffs, working on direct exams. | 175.50 |
|  | Continued phone calls to Plaintiffs. | 184.50 |
| 7/1/2011 | Working on direct exams for C. Wade and W. Fisher. | 180.00 |
|  | Copying exhibits and working on direct exams. | 157.50 |
| 6/30/2011 | Phone call with J. Toungett and S. Bates. | 162.00 |
|  | Direct Exams for W. Fisher and C. Wade, revising direct exams, mailed depositions. | 211.50 |
| 7/7/2011 | Review video. | 225.00 |
| 7/12/2011 | Prepare for opening and attend trial. | 2,250.00 |
| 7/11/2011 | Prepare for trial. | 1,350.00 |
| 7/13/2011 | Prepare for witness exams and attend trial. | 2,250.00 |
| 7/14/2011 | Prepare for cross exams and attend trial. | 2,475.00 |
| 7/15/2011 | Prepare for cross exams and attend trial. | 1,800.00 |
| 7/16/2011 | Prepare for closing argument and summarization of case. | 2,250.00 |
| 7/18/2011 | Prepare and deliver closing argument and wait on jury to deliberate. | 3,487.50 |
| 7/19/2011 | Attend last day of trial for verdict. | 1,575.00 |
| 7/21/2011 | Research on standard for awarding back pay, whether mandatory or permissive. | 103.50 |
|  | Research on mandatory back pay awards continued. | 184.50 |
| 7/11/2011 | Research on admissibility of doctors letters. Phone calls to Plaintiffs. | 189.00 |
|  | Exhibit Charts for trial. Phone calls to Plaintiffs. | 202.50 |

| | | Amount |
|---|---|---|
| 7/13/2011 | Attend Trial. | 216.00 |
| | Attend trial. | 234.00 |
| 7/12/2011 | Attend trial. | 211.50 |
| | Attend Trial. | 270.00 |
| 7/19/2011 | Attend Trial. | 337.50 |
| 7/18/2011 | Attend trial. | 207.00 |
| | Attend trial. | 360.00 |
| 7/15/2011 | Attend Trial. | 414.00 |
| 7/14/2011 | Attend Trial. | 211.50 |
| | Attend trial. | 220.50 |
| 7/1/2011 | Correspondence to all Plaintiffs concerning exhibits for trial. | 21.00 |
| 7/8/2011 | Began preparing Jury Instructions for each Plaintiff. | 35.00 |
| | Correspondence to all Plaintiffs concerning Jury Verdict Form. | 17.50 |
| | For professional services rendered | $148,793.50 |

Additional Charges :

| | |
|---|---|
| June copies. | 32.40 |
| June postage. | 13.58 |
| July copies. | 27.80 |
| July postage. | 3.69 |
| August Copies. | 1.20 |
| August Postage. | 0.58 |
| Parking. | 4.60 |
| Sept. copies. | 8.20 |
| Sept. postage. | 10.42 |
| Sept. faxes. | 2.00 |
| Copies. | 3.00 |
| Postage. | 1.64 |
| Copies | 1.80 |
| Postage. | 1.23 |
| Copies | 1.20 |
| Postage | 0.82 |
| Copies. | 0.40 |
| Postage. | 0.41 |
| Copies | 3.00 |
| Postage | 0.41 |

| | Amount |
|---|---|
| Copies. | 0.20 |
| Postage. | 0.58 |
| Postage. | 0.58 |
| US District Court filing fee. | 350.00 |
| Copies | 59.40 |
| Postage. | 11.55 |
| Faxes | 1.00 |
| Copies. | 8.80 |
| Postage. | 7.17 |
| July copies. | 17.80 |
| July postage. | 6.96 |
| August copies. | 0.40 |
| August postage. | 4.20 |
| September copies. | 11.60 |
| September postage. | 9.09 |
| October copies. | 14.80 |
| October postage. | 6.48 |
| November copies. | 0.80 |
| November postage. | 0.42 |
| November FAX. | 36.00 |
| December copies. | 236.40 |
| December postage. | 5.47 |
| December FAX. | 6.00 |
| January postage. | 12.96 |
| January copies. | 284.00 |
| January FAX. | 20.00 |
| Court Reporter fee. | 1,579.00 |
| Court reporter fee. | 591.75 |
| Court reporter fee. | 188.75 |
| Court reporter fee. | 294.50 |
| Court reporter fee. | 284.25 |
| Court reporter fee. | 313.25 |
| Court reporter fee. | 315.75 |
| M. Peden depositio fee. | 90.00 |
| L. Peden deposition fee. | 90.00 |
| M. Barnes deposition fee. | 55.00 |
| L. Peden deposition fee. | 55.00 |
| M. Peden deposition fee. | 55.00 |
| Dr. Partnoy deposition fee. | 1,000.00 |
| P. Gifford, Esq. legal fee. | 1,000.00 |
| February copies. | 60.40 |
| February postage. | 2.95 |
| FedEx fee. | 55.51 |
| Dr. Kostama's fee. | 500.00 |
| Court reporter fee. | 1,294.00 |
| Court reporter fee. | 609.74 |
| FedEx fee. | 39.39 |
| March copies. | 49.80 |
| Parking. | 12.00 |
| Attorney fee for Florida deposition. | 218.75 |
| Waller Landsden copy fee. | 46.60 |

| | Amount |
|---|---|
| Mileage | 66.00 |
| April copies. | 0.40 |
| April postage. | 0.42 |
| May copies. | 56.80 |
| May postage. | 11.76 |
| Court reporter fee. | 100.00 |
| Court reporter fee. | 140.00 |
| Witness fee - Lindy Boots. | 117.00 |
| July copies. | 10.80 |
| July postage. | 8.54 |
| Process service fee. | 85.00 |
| August copies. | 21.60 |
| August postage. | 5.90 |
| August postage. | 3.08 |
| August copies. | 1.40 |
| October copies. | 3.00 |
| October postage. | 3.08 |
| November postage. | 4.27 |
| November copies. | 11.40 |
| December copies. | 22.40 |
| December postage. | 7.35 |
| January copies. | 3.00 |
| January postage. | 3.08 |
| February postage. | 13.30 |
| February copies. | 39.80 |
| June copies. | 156.80 |
| June postage. | 21.61 |
| Total additional charges | $10,950.22 |
| Total amount of this bill | $159,743.72 |
| Balance due | $159,743.72 |

**Make check payable to Equitus Law Alliance, PLLC**

THANK YOU FOR YOUR BUSINESS!