Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| VELMA SUE BATES, CLAUDIA BIRDYSHAW, WILLARENE FISHER, MARK LONG, JON TOUNGETT, CAROLYN WADE, and RICHARD WHITE )<br><br>Plaintiffs,<br><br>vs.<br><br>DURA AUTOMOTIVE SYSTEMS, INC.,<br><br>Defendant. | Case No.: 1:08-cv-00029<br>Judge Trauger<br>JURY DEMAND |

**PLAINTIFFS' MOTION TO REDACT PERSONAL IDENTIFIERS FROM TRANSCRIPT**

COME NOW the Plaintiffs, by and through counsel and move this Honorable Court to redact the following personal identifiers from the United States District Court for the Middle District of Tennessee Jury Trial transcript pursuant to Federal Rule of Civil Procedure 5.2:

| | | |
|---|---|---|
| Page 33 | Line 23 | Redact Plaintiff Claudia Birdyshaw's address; |
| Page 114 | Line 15 | Redact Plaintiff Mark Long's address; |
| Page 115 | Line 1 | Redact Plaintiff Mark Long's birth date; |
| Page 367 | Line 19 & 20 | Redact Velma Sue Bates' address; |
| Page 453 | Line 8 | Redact Carolyn Wade's address; |
| Page 498 | Line 16 | Redact Willarene Fisher's address; |
| Page 545 | Line 10 | Redact Richard White's address; |
| Page 545 | Line 25 | Redact Richard White's address; and |
| Page 737 | Line 24 | Redact Richard White's telephone number. |

1