DURA
AUTOMOTIVE SYSTEMS, INC

P. O. Box 746
2200 Helton Drive
Lawrenceburg, TN 38464

May 21, 2007

Richard A. White
659 Rabbit Trail Road
Leoma, TN 38468

Re: Drug Test

Dear Rick:

The Company's substance abuse policy prohibits being under the influence of any legally obtained drugs to the extent that the use of the drug may affect the safety of co-workers, your job performance, or the safe or efficient operation of the Company's facilities or vehicles. The substance abuse policy also prohibits the use of prescribed drugs that have been legally obtained, but are not used for the prescribed purposes or in the prescribed quantities.

The Company is starting a drug-free workplace program under the Tennessee Worker's Compensation law. On the advice of the State of Tennessee Department of Labor, the Company had all employees at the Lawrenceburg plant take a drug test.

Your drug test disclosed that you are taking the following prescription medication(s) that contain a warning that an individual is not to work on machinery or drive while taking the medication(s):

| |
|---|
| APAP/Hydrocodone (Lortab) |
| Alprazolam (Xanax) 1 mg. |
| Soma 350 mg. (muscle relaxer) |
| Meprozine Fortis 50 mg/25mg. |

Your job duties include working on machinery, driving company vehicles (including hi-lo's), or both.

You may not perform your job duties while you are taking prescription medication(s) that contain a warning that you cannot work on machinery or drive while taking the medication(s). The reason is the need to ensure the safety of employees, including you, and the safety of the workplace.

RESPONDENT'S EXHIBIT 47



R-47

May 21, 2007

Effective immediately, the Company is placing you on an unpaid, thirty-day leave of absence. At the end of this thirty-day leave of absence, you will take another drug test.

-- If your drug test discloses that you are not taking the medication(s) listed in this letter or any other medication(s) that contain a warning against working on machinery or driving while taking the medication(s), then you will be permitted to return to work in your job. After returning to work, you will be subject to random drug testing under the Company's drug-free workplace program.

-- If your drug test discloses that you are taking the medication(s) listed in this letter or any other medication(s) that contain a warning against working on machinery or driving while taking the medication(s), then you will not be permitted to return to work in your job. You will be indefinitely laid off from your job at that time.

Your signature on this letter indicates your receipt of this letter.

Sincerely,
Dura Automotive Systems

LBoots

Lindy Boots
Human Resources Manager

I have received this letter and understand it.

Richard White

Date of Receipt: 5-29, 2007

#923382

CASE NO. 1:08-0029

Bates

VS. Dura

PLAINTIFF'S EXHIBIT 47

DATE ______ IDEN.

DATE 7/13/11 EVID.

BY Kathryn Beasley
Deputy Clerk

AO 386